# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

| | |
|---|---|
| Peter Arthur Johnson | Chapter 7 |
| Lisa Marie Johnson | Case No. 10-67614 |
|       Debtors | Honorable Steven W. Rhodes |
| _____/ | |

## STATEMENT REGARDING OWNERSHIP

Pursuant to local rule 9013-5, attached please find the statement of corporate ownership.

    By: /s/ Heather M. Dickow, Esq. P64757
/s/ Heather D. McGivern, Esq. P59393
/s/ Elizabeth M. Abood-Carroll, Esq. P46304
Email: Hdickow@orlans.com
Orlans Associates, P.C.
Attorneys for Movant
P.O. Box 5041
Troy, MI 48007
(248)502-1399
File Number: 633.0021