# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## STATEMENT REGARDING OWNERSHIP OF U.S. BANK, N.A.

☐ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

(For additional names, attach an addendum to this form)

☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the:

X    Creditor, U.S. Bank, N.A.

I declare under penalty of perjury that the foregoing is true and correct. This statement is valid for 90 days from execution unless the corporate ownership changes, at which time a new Statement will be executed by mortgage servicer /creditor as applicable.

Dated: December 2, 2010          By: _Kara Knable_
                                 Signature of Authorized Individual
                                 Kara Knable,
                                 Assistant Vice President